# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CRIMINAL DIVISION

## INFORMATION

DCTN: U24018059
Lockup No.: 17
Case No.:
Citation Date:

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

Defendant's Name: Walter James 769288 24102930 06/13/1986
(First) (MI) (Last) (PDID) (CCNO) (DOB)

Also Known As: Walter James
(First) (Middle) (Last)

Address:

EP-25-M-2525-RFC

1 On or about July 5, 2024, within the District of Columbia, Walter James, without lawful authority, did remain on, attempt to enter and enter certain public property, that is, the U.S. Capitol Building Grounds, against the will of the U.S. Capitol Police, the lawful occupant thereof and the person lawfully in charge thereof. (Unlawful Entry (Public Property - Failure to Quit) in violation of 22 D.C. Code, Section 3302(b) (2001 ed.))

FILED
MAY 19 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

Co-Defendants:

Rule 105: ☐ Judge: ____________

United States Attorney for the District of Columbia

| By: Assistant United States Attorney [signature] | Date: July 6, 2024 |
|---|---|
| By Officer: | Badge No.: |
| | PSA: 102 Domestic ☐ |

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

vs.

WALTER JAMES

CRIMINAL NO. 2024 CMD 006605

ISSUED BY: ROBERT A SALERNO

# BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

BASIS FOR WARRANT AND DESCRIPTION OF CHARGES: Failure to appear for trial readiness hearing
Unlawful Entry - Remaining on Public Premises Without Authority

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 3/21/2025.

BAIL FIXED BY THE COURT
AT: NO BOND

Superior Court of the District of Columbia

BY: [signature]
Judge

| | |
|---|---|
| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
| Date Executed: | Signature of Arresting Officer |

Executed by USMS
On May 15, 2025
In El Paso, Texas

CDFBW

CRIMINAL NO: 2024 CMD 006605

18 USCS § 3041 (2012)

"For any offense against the United States, the offender may, by any justice or judge of the United States, or by any United States magistrate [United States magistrate judge], or by any chancellor, judge of a supreme or superior court, chief or first judge of common pleas, mayor of a city, justice of the peace, or other magistrate, of any state where the offender may be found; and at the expense of the United States, be arrested and imprisoned, or released as provided in chapter 207 of this title, as the case may be, for trial before such court of the United States as by law has cognizance of the offense.

D.C. Code § 23-563(a) (2012)

"A warrant or summons for ... an offense punishable by imprisonment for more than one year issued by the Superior Court of the District of Columbia may be served at any place within the jurisdiction of the United States."

D.C. Code § 23-563(c) (2012)

"A person arrested outside the District of Columbia on a warrant issued by the Superior Court of the District of Columbia shall be taken before a judge, commissioner, or magistrate, and held to answer in the Superior Court pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia."

D.C. Code § 23-1329(b) (2012)

"A warrant for the arrest of a person charged with violating a condition of release may be issued by a judicial officer and if such person is outside the District of Columbia he shall be brought before a judicial officer in the district where he is arrested and shall then be transferred to the District of Columbia for proceedings in accordance with this section."

D.C. Code § 23-1329(d) (2012)

"Any warrant issued by a judge of the Superior Court for violation of release conditions or for contempt of court, for failure to appear as required, or pursuant to§23-1322(d)(7), may be executed at any place within the jurisdiction of the United States. Such warrants shall be executed by a United States marshal or by any other officer authorized by law."

D.C. Code § 24-531.13 (2012)

"When a person has been ordered confined in a hospital for the mentally ill pursuant to this chapter and has escaped from such hospital, the court which ordered confinement shall, upon request of the government, order the return of the escaped person to such hospital. The return order shall be effective throughout the United States. Any federal judicial officer within whose jurisdiction the escaped person shall be found shall, upon receipt of the return order issued by the commiting court, cause such person to be apprehended and delivered up for return to such hospital."

D.C. Code § 24-304 (2012)

Upon the expiration of the term fixed for such probation, the probation officer shall report that fact to the court, with a statement of the conduct of the probationer while on probation, and the court may thereupon discharge the probationer from further supervision, or may extend the probation, as shall seem advisable. At any time during the probationary term the court may modify the terms and conditions of the order of probation, or may terminate such probation, when in the opinion of the court the ends of justice shall require, and when the probation is so terminated the court shall enter an order discharging the probationer from serving the imposed penalty; or the court may revoke the order of probation and cause the re-arrest of the probationer and impose a sentence and require him to serve the sentence or pay the fine originally imposed, or both, as the case may be, or any lesser sentence. If imposition of sentence was suspended, the court may impose any sentence which might have been imposed. If probation is revoked, the time of probation shall not be taken into account to diminish the time for which he was originally sentenced.

| REASON FOR ISSUANCE OF WARRANT | IN VIOLATION OF |
|---|---|
| Failure to Appear Generally | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Witness | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Sentencing | D.C. Code § 23-1327 (2012) |
| Failure to Appear- Extradition Hearing | D.C. Code § 23-703 (2012) |
| Violation of Conditions of Release | D.C. Code § 23-1329 (2012) |
| Escape from Jail | D.C. Code § 22-2601 (2012) |
| Escape from Mental Hospital | D.C. Code § 24-531.13 (2012) |
| Probation Violation | D.C. Code § 24-304 (2012) |

CDFBW

| | |
|---|---|
| CASE NO. | 2024 CMD 006605 |

DEFENDANT'S NAME: WALTER JAMES

ALIAS:

LAST KNOWN ADDRESS:
PLACE OF BIRTH:

| | |
|---|---|
| DATE OF BIRTH: | 06/13/1986 |
| HEIGHT: | |
| SEX: | Male |
| HAIR: | |
| SCARS/TATTOOS: | |
| WEIGHT: | |
| DCDC NO.: | 390407 |
| PDID NO.: | 769288 |

22 D.C. Code, Section 3302(b) 2001 e

Sign in

All Images Videos Shopping Forums News Web More Tools

AI Overview

Learn more

22 D.C. Code, Section 3302(b) (2001 ed.) defines the offense of unlawful entry on property in the District of Columbia. This section specifies that entering or attempting to enter a private dwelling, building, or other property against the will of the lawful occupant, without lawful authority, constitutes unlawful entry. The penalties for violating this section include a fine and/or imprisonment.

§ 22–3302. Unlawful entry on property. | D.C. Law Library

D.C. Law Library

Notice - D.C. Courts

Apr 30, 2020 — Failure to heed this warning shall result in the prosecution for Unlawful Entry under D.C. Code § 22- 3302. ... withou...

D.C. Courts

Washington DC Trespassing Lawyer | Entering Without Permission

The Code of the District of Columbia describes the offense of trespassing as ``unlawful entry on property." This crime is prohibi...

David Benowitz

Show all

AI responses may include mistakes. For legal advice, consult a professional.

(b) Any person who, without lawful authority, shall enter, or attempt to enter, any public building, or other property, or part of such building, or